IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE M. MITCHELL, | No. C 10-01953 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| CALIFORNIA DEPARTMENT OF MENTAL HEALTH, *et al.*, | |
| Defendants. | |

On July 19, 2010, *pro se* plaintiff George Mitchell was ordered to show cause to why this action should not be dismissed for failure to prosecute (Dkt. No. 15). Plaintiff was ordered to file a written response explaining why he did not file an opposition brief to defendants' motion to dismiss and why the motion should not be granted. A generous two and a half week deadline was given to plaintiff to respond. Plaintiff, however, was warned that failure to respond by August 5 will result in the immediate dismissal of his case. It is now August 6 and no response has been filed. For want of prosecution, this case is **DISMISSED. THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE